| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Shannon Doyle, Esq. (SBN 207291)<br>Ghidotti \| Berger LLP<br>1920 Old Tustin Ave<br>Santa Ana, CA 92705<br>Ph: 949-427-2010<br>Fax: 949-427-2732<br>bknotifications@ghidottiberger.com<br>25-002090-15<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>Dayna C Kim and Steve Sangjoon Kim<br><br><div align="center">Debtor(s)</div> | CASE NO.: 6:26-bk-14908-RB<br><br>CHAPTER: 13 |
|---|---|
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE: 09/03/2026<br>HEARING TIME: 11:00 am |

**Movant:**  U.S. Bank Trust, National Association as trustee for LB-Treehouse Series VI Trust, its successors and/or asignees

1. Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held on the date and time indicated above in the above-captioned case, before the Honorable Magdalena Reyes Bordeaux, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

> **Notice of Motion and Motion for Relief From The Automatic Stay Under 11 U.S.C. § 362 (with supporting declarations) (Real Property) [ D.E. 18 ]**

2. **Please be advised that the Court will conduct the hearing in person and remotely using ZoomGov audio and video technology**. Information on how to participate in the hearing remotely using ZoomGov is provided on the following page of this notice.

3.  Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4.  Individuals attending the hearing remotely may connect to ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5.  Individuals attending the hearing remotely also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6.  A Zoom or ZoomGov account is **NOT** necessary to remotely participate in or observe the hearing, and no pre-registration is required.

7.  The audio portion of the hearing will be recorded electronically by the Court and will constitute its official record.

8.  All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9.  The following is the unique ZoomGov connection information for the above-referenced hearing:

> Meeting URL: https://cacb.zoomgov.com/j/1602432853
> Meeting ID: 160 243 2853
> Password: 3032026
> Telephone: (669) 254-5252 or (646) 828-7666

10. More information on using ZoomGov to participate remotely in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants

.

Date: 07/31/2026

GHIDOTTI BERGER, LLP
_____
Printed name of law firm (if applicable)


Shannon Doyle, Esq.
_____
Printed name of individual Movant or attorney for Movant